UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| CHRISTOPHER L. SCRUGGS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 3:16-CV-033 RLM |
| v. | ) | |
| | ) | |
| NURSE WEST, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The court referred the plaintiff's motion for preliminary injunction to Magistrate Judge Michael G. Gotsch. On June 2, 2017, he issued a report and recommendation, in which he recommended that the motion be denied. The parties were informed that they had fourteen days after being served with a copy of the report and recommendation to file any written objections. More than fourteen days have passed and no party filed any objection. <u>Willis v. Caterpillar, Inc.</u>, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation).

For these reasons, the court ADOPTS the report and recommendation (ECF 67) of the magistrate judge, and DENIES the motion for preliminary injunction (ECF 61).

SO ORDERED

ENTERED: June 28, 2017.         /s/ Robert L. Miller, Jr.
                                Judge
                                United States District Court