UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CHRISTOPHER L. SCRUGGS )
                       )
    v.                 ) Cause No. 3:16-cv-0033-RLM-MGG
                       )
WEST-MILLER            )

SCANNED at WVCF and Emailed on 6-3-19 by A.G. - 477 pages. (date) (initials) (num)

SCRUGGS REFILING OF HIS MOTION, RESPONSE, REPLYS in parts. 475 pages

I, Christopher L. Scruggs respectfully refiles his motion which was terminated without cause, then secretly closed out. Scruggs states the following:

1. Scruggs motion was filed on 12-12-18 timely.

2. West filed her response late, yet she responded.

3. Miller responded.

4. Scruggs motion was terminated without legal cause. This was just to later without Scruggs' consent or knowledge shut his case/motion out. This was done to aid the defendant who otherwise had no real response to Scruggs motion.

5. Scruggs was appointed counsel who was told not to refile my motion by the Court which told Scruggs he could not file it on his own again.

6. This motion should never have been terminated in the first place, after all parties had already responded to this motion, some timely, West late. This motion should have been ruled on. Wherefore, Scruggs refiles here.

RESPECTFULLY,
Christopher L. Scruggs

## CERTIFICATE OF SERVICE

I, Christopher L. Scruggs, hereby certify that on May 30, 2019 the foregoing "Motion, Responses, Replys" pursuant to Fed.R.Civ.P. 5(b)(2)(E) were refiled with the Court's Clerk through the Prisoner E-filing Program.

RESPECTFULLY,
Christopher L. Scruggs
Christopher L. Scruggs #957696
P.O. Box 1111/SCU-B-804
Carlisle, In. 47838-1111

Attached Are [ECFiling #'s]

- 197   444 pgs.
- 199   2 pgs.
- 203   6 pgs.
- 205   3 pgs.
- 207   4 pgs.
- 208,  2 pgs.
- 209,  3 pgs. in part.
- 213,  4 pgs.
- 216,  2 pgs.